**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6892**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

IRVING CALVIN VENEY,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (3:09-cr-00107-JRS-2)

_____

Submitted:  September 24, 2013      Decided:  September 27, 2013

_____

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Irving Calvin Veney, Appellant Pro Se.  Stephen David Schiller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Irving Calvin Veney appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Veney, 3:09-cr-00107-JRS-2 (E.D. Va. May 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2